**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASHIM TARIK CRIDDELL, | ) NO. CV 10-6780-JST (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| K. HARRINGTON, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 07/01/13 .

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE